UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

HECTOR HERNANDEZ NEGRON, :
    Petitioner : CIVIL ACTION NO. 3:12-CV-957
v. : (Judge Nealon)
UNITED STATES OF AMERICA, :
    Respondent :

FILED
SCRANTON
OCT 21 2013
PER_____
DEPUTY CLERK

**ORDER**

NOW, THIS 18th DAY OF OCTOBER, 2013, for the reasons set forth in the Memorandum issued this date, **IT IS HEREBY ORDERED THAT**:

1. The petition for writ of habeas corpus, (Doc. 1), is **DENIED**;

2. The Clerk of Court is **DIRECTED** to amend the caption of this case to reflect that the proper Respondent is the Warden of FCI-Schuylkill;

3. The Clerk of Court is directed to **CLOSE** this case.

                                         /s/ William Nealon
                                         United States District Judge